# EXHIBIT A

# TD Bank

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

YUDA MATATOV
DIP CASE 23-40463 EDNY
6746 170TH ST
FRESH MEADOWS NY 11365-3308

Page:
Statement Period: Dec 21 2022 - Jan 20 2023
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

YUDA MATATOV
DIP CASE 23-40463 EDNY

| ACCOUNT SUMMARY | | | |
|---|---|---|---|
| Beginning Balance | 484.81 | Average Collected Balance | 803.81 |
| Electronic Deposits | 979.00 | Interest Earned This Period | 0.00 |
| Electronic Payments | 519.90 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 953.91 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | ACH DEPOSIT, SSA TREAS 310 XXSOC SEC ****23847A SSA | 979.00 |
| | Subtotal: | 979.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/21 | DEBIT POS ████████ 5345, AUT 122123 DDA PURCHASE AP WINN ██████ 92 20411███ AVENTURA *FL | 3.20 |
| 12/22 | DBCRD PUR ████████ 5345, AUT 122123 VISA DDA PUR AP MOS BAGELS DELI HALLANDALE BE *FL | 52.04 |
| 12/26 | DBCRD PUR ████████ 5345, AUT 122223 VISA DDA PUR AP THE UPS STORE 1937 ███ 954 4541131 *FL | 13.25 |
| 01/02 | DEBIT POS ████████ 5345, AUT 010124 DDA PURCHASE AP FIVE BELO 1405 EAST HA HALLANDALE *FL | 11.42 |
| 01/02 | DEBIT POS ████████ 5345, AUT 123123 DDA PURCHASE AP WALGREE███ 565 BI AVENTURA *FL | 10.69 |
| 01/02 | DBCRD PUR ████████ 5345, AUT 123123 VISA DDA PUR AP PUBLIX 1017 NORTH MIAMI *FL | 6.93 |
| 01/03 | DBCRD PUR ████████ 5345, AUT 010124 VISA DDA PUR AP LEVYS SHAWARMA AVENTURA *FL | 58.71 |
| 01/04 | ACH DEBIT, THE HARTFORD NTP ████████ 6868 | 106.45 |
| 01/05 | DBCRD PUR ████████ 5345, AUT 010324 VISA DDA PUR AP MENCHIES ████ TOWN MIAMI *FL | 12.52 |
| 01/09 | ELECTRONIC PMT-WEB, T-MOBILE PCS SVC 8282273 | 168.06 |
| 01/12 | DBCRD PUR ████████ 5345, AUT 011124 VISA DDA PUR AP PANERA BREAD 601736 P HALLANDALE BC *FL | 14.61 |
| 01/16 | DEBIT POS ████████ 5345, AUT 011624 DDA PURCHASE AP WALGREENS STORE 7321 KIS FLUSHING *NY | 21.78 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance _____ 953.91

❷ Total Deposits + _____

❸ Sub Total _____

❹ Total Withdrawals - _____

❺ Adjusted Balance _____

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits ❷ | | |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days In Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

Case 1-23-40463-nhl   Doc 45-1   Filed 01/29/24   Entered 01/29/24 16:18:56



## TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

YUDA MATATOV
DIP CASE 23-40463 EDNY

Page: 3 of 3
Statement Period: Dec 21 2023-Jan 20 2024
Cust Ref #: T-###
Primary Account #: 0218

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/16 | DBCRD PUR ████ 5345, AUT 011224 VISA DDA PUR AP<br>STARBUCK████████ FORT LAUDERDA * FL | 4.17 |
| 01/16 | DBCRD PUR ████ 5345, AUT 011224 VISA DDA PUR AP<br>SHAKE S██████████ FORT LAUDERDA * FL | 3.29 |
| 01/17 | DBCRD PUR ████ 5345, AUT 011624 VISA DDA PUR AP<br>PP SUSAN PAN███████ FRESH MEADOWS * NY | 23.80 |
| 01/17 | DBCRD PUR ████ 5345, AUT 011524 VISA DDA PUR AP<br>KISSENA DRUGS███████ FLUSHING   * NY | 8.98 |
|  | Subtotal: | 519.90 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/20 |  |  |  |
| 12/21 | 494.81 | 01/04 | 1,211.12 |
| 12/22 | 491.61 | 01/05 | 1,198.60 |
| 12/26 | 439.57 | 01/09 | 1,030.54 |
| 01/02 | 426.32 | 01/12 | 1,015.93 |
| 01/03 | 397.28 | 01/16 | 986.69 |
|  | 1,317.57 | 01/17 | 953.91 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank
America's Most Convenient Bank®

YUDA MATATOV
DIP CASE 23-40463 EDNY
6746 170TH ST
FRESH MEADOWS NY 11365-3308

**STATEMENT OF ACCOUNT**

Page: 1 of 4
Statement Period: Nov 21 2023-Dec 20 2023
Cust Ref #: -###
Primary Account #: 9218

## Chapter 11 Checking
YUDA MATATOV
DIP CASE 23-40463 EDNY

Account # 9218

### ACCOUNT SUMMARY

| | |
|---|---:|
| Beginning Balance | 827.00 |
| Electronic Deposits | 961.86 |
| Electronic Payments | 993.21 |
| Ending Balance | 1,460.26 |
| | 494.81 |
| Average Collected Balance | 0.00 |
| Interest Earned This Period | 0.00 |
| Interest Paid Year-to-Date | 0.00% |
| Annual Percentage Yield Earned | 30 |
| Days in Period | |

| | Total for this cycle | Total Year to Date |
|---|---:|---:|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/01 | | 948.00 |
| 12/04 | ACH DEPOSIT, SSA TREA░░░░░░░░░░847A SSA | 45.21 |
| | DEBIT CARD ░░░░░░░░░░░░░░░░5345, AUT 120123 VISA DDA REF | |
| | ARONS K░░░░░░░░FARM     718-░░░-7300 *NY | |
| | Subtotal: | 993.21 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/21 | DBCRD P░░░░░░░░░░░░░5345, AUT 111923 VISA DDA PUR AP | 12.76 |
| | ARONS K░░░░░░FARM     FLUSHING  *NY | |
| 11/22 | DBCRD PU░░░░░░░░░░░░5345, AUT 112123 VISA DDA PUR AP | 40.00 |
| | AMOCO 1░░░░░░░░ARTI PETR  FLUSHING  *NY | |
| 11/24 | DBCRD P░░░░░░░░░░░░5345, AUT 112223 VISA DDA PUR AP | 21.00 |
| | SILVER TOWERS GARAGE LLC   KEW GARDENS *NY | |
| 11/27 | DBCRD PUR░░░░░░░░░░5345, AUT 112523 VISA DDA PUR AP | 5.86 |
| | MCDONALD S F3162    FLUSHING *NY | |
| 11/28 | DBCRD PUR A░░░░░░░░5345, AUT 112723 VISA DDA PUR AP | 35.62 |
| | R M MAIN SUPERMARKET    FLUSHING *NY | |
| 11/29 | DBCRD PU░░░░░░░░░░░5345, AUT 112823 VISA DDA PUR AP | 57.00 |
| | NAGILAH MARKET     FOREST HILLS *NY | |
| 11/29 | DEBIT POS░░░░░░░░░░5345, AUT 112923 DDA PURCHASE AP | 40.00 |
| | BP 1030667NOR P░░░░░  FLUSHING *NY | |
| 11/29 | DBCRD PUR░░░░░░░░░░5345, AUT 112723 VISA DDA PUR AP | 24.46 |
| | ARONS KISSENA FARM   FLUSHING *NY | |
| 11/29 | DBCRD P░░░░░░░░░░░░5345, AUT 112723 VISA DDA PUR AP | 10.87 |
| | KEW GARDENS TRADING    FLUSHING *NY | |
| 11/30 | DBCRD PUR░░░░░░░░░░5345, AUT 112923 VISA DDA PUR AP | 5.86 |
| | MCDONALD S F3162    FLUSHING *NY | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance        494.81

② Total Deposits        +

③ Sub Total

④ Total Withdrawals     -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits ② | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals ④ | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A. Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



# TD Bank
America's Most Convenient Bank®

YUDA MATATOV
DIP CASE 23-40463 EDNY

STATEMENT OF ACCOUNT

Page: 3 of 4
Statement Period: Nov 21 2023-Dec 20 2023
Cust Ref #: T-###
Primary Account #: 218

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | TD ATM DEBIT AP ***** 76 02 MAIN | 300.00 |
| 12/01 | DBCRD PUR *** 5345, AUT 120123 DDA WITHDRAW AP R M MAIN ... FLUSHING * NY | 36.29 |
| 12/01 | DBCRD PUR AP *** 5345, AUT 113023 VISA DDA PUR AP ARONS KISS... FARM FLUSHING * NY | 20.00 |
| 12/01 | DBCRD PUR AP *** 5345, AUT 112923 VISA DDA PUR AP KEW GARD... FLUSHING * NY | 12.58 |
| 12/01 | DEBIT POS *** 5345, AUT 112923 VISA DDA PUR AP ... FLUSHING * NY | 4.38 |
| 12/04 | DEBIT POS *** 5345, AUT 120123 DDA PURCHASE AP R M MAIN S... FLUSHING * NY | 106.45 |
| 12/04 | ACH DEBIT, THE HARTFORD NT ...6868 | 55.69 |
| 12/04 | DBCRD PUR *** 5345, AUT 120123 VISA DDA PUR AP ARONS KIS... FLUSHING * NY | 39.18 |
| 12/04 | DBCRD PUR *** 5345, AUT 113023 VISA DDA PUR AP ARONS KIS... FLUSHING * NY | 10.74 |
| 12/04 | DBCRD PUR *** 5345, AUT 120123 VISA DDA PUR AP ARONS KISS... FLUSHING * NY | 6.99 |
| 12/05 | DBCRD PUR *** 5345, AUT 120223 VISA DDA PUR AP VALENTIN... RESTAURANT FLUSHING * NY | 25.35 |
| 12/05 | DBCRD PUR *** 5345, AUT 120423 VISA DDA PUR AP R M MAIN S... FLUSHING * NY | 12.79 |
| 12/06 | DEBIT POS *** 5345, AUT 120523 DDA PURCHASE AP WALGREENS STORE 7321 RIS FLUSHING * NY | 80.73 |
| 12/07 | DBCRD PUR A *** 5345, AUT 120523 VISA DDA PUR AP ROKHAT ... REGO PARK * NY | 87.10 |
| 12/07 | DBCRD PM *** 5345, AUT 120623 VISA DDA PUR AP GOOGLE ... 865 836 3987 * CA | 35.36 |
| 12/11 | DBCRD PUR *** 5345, AUT 120623 VISA DDA PUR AP KING DAVID BAKERY INC FLUSHING * NY | 168.06 |
| 12/11 | ELECTRONIC PMT-WEB, T-MOBILE P... 386 | 24.48 |
| 12/12 | DEBIT POS *** 5345, AUT 121023 DDA PURCHASE AP WALGREENS STORE 1300 H HALLANDALE BE * FL | 33.97 |
| 12/12 | DEBIT POS *** 5345, AUT 121123 DDA PURCHASE AP FIVE BELO 1403 EAST HA HALLANDALE * FL | 13.97 |
| 12/13 | DBCRD PUR *** 5345, AUT 121123 VISA DDA PUR AP PANERA BREAD 601736 P HALLANDALE BC * FL | 38.17 |
| 12/13 | DBCRD PUR A *** 5345, AUT 121223 VISA DDA PUR AP TST PIOLA HALLANDALE HALLANDALE BE * FL | |

America's Most Convenient Bank

STATEMENT OF ACCOUNT

YUDA MATATOV
DIP CASE 23-40463 EDNY

Page: 4 of 4
Statement Period: Nov 21 2023 - Dec 20 2023
Cust Ref #:
Primary Account #: 218

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/18 | DEBIT POS A ████ 5345, AUT 121823 DDA PURCHASE AP<br>ROSS STORES 302     AVENTURA     * FL | 38.50 |
| 12/18 | DEBIT POS A ████ 5345, AUT 121623 DDA PURCHASE AP<br>WALGREENS STORE 1300 E H   HALLANDALE BE * FL | 34.98 |
| 12/18 | DEBIT POS A ████ 5345, AUT 121623 DDA PURCHASE AP<br>THE HOME DEPOT 0251     N MIAMI BEACH * FL | 21.97 |
| | Subtotal: | 1,460.26 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/20 | 961.86 | 12/04 | 1,109.34 |
| 11/21 | 949.10 | 12/05 | 1,071.20 |
| 11/22 | 909.10 | 12/06 | 990.47 |
| 11/24 | 888.10 | 12/07 | 868.01 |
| 11/27 | 882.24 | 12/11 | 675.47 |
| 11/28 | 846.62 | 12/12 | 627.53 |
| 11/29 | 714.29 | 12/13 | 589.36 |
| 11/30 | 708.43 | 12/18 | 494.81 |
| 12/01 | 1,283.18 | | |